# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Melody Carper

        Plaintiff,

v.         Case No.: 3:23−cv−01293

Nissan North America, Inc.

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/21/2025 re [50].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk